437 A.2d 933

**M. Bernard MORGAN, Appellant,**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1981.

Decided Dec. 17, 1981.

M. Bernard Morgan, in pro per.

Robert Patrick Coyne, Deputy Atty. Gen., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Order affirmed.

WILKINSON, J., did not participate in the consideration or decision of this case.